# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>  vs.<br><br>BALDEMAR ORTEGA-ESQUIVEL,<br><br>                          Defendant. | CASE NO. 09CR3536-LAB<br><br>**ORDER DENYING MOTION FOR SENTENCING REDUCTION/ ADJUSTMENT** |

      Baldemar Ortega-Esquivel is serving a 40-month sentence imposed by this Court on December 7, 2009 for violating 8 U.S.C. § 1326. He has now filed a *pro se* motion to reduce/adjust his sentence pursuant to 18 U.S.C. § 3582(c)(2).

      Defendant's motion lacks merit because he fails to demonstrate that his sentence was based on a sentencing range that has subsequently been lowered by the Sentencing Commission, as required by § 3582(c)(2). *See United States v. Leniear*, 574 F.3d 668, 673 (9th Cir. 2009); *see also United States v. Paulk*, 569 F.3d 1094, 1095-96 (9th Cir. 2009) (per curiam).

      The motion for sentencing reduction is **DENIED**.

      **IT IS SO ORDERED**.

DATED: March 25, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge